

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00630-CV

**IN THE INTEREST OF A.O.G. AND A.J.G.**, Children

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA02451
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's termination order is AFFIRMED.

We order that no costs be assessed against appellant, J.P., because he is indigent.

SIGNED February 26, 2020.

_____
Beth Watkins, Justice